UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN DeRAFFELE,<br><br>        Plaintiff,<br><br>  -against-<br><br>WILLIAMS AND WILLIAMS, et al.,<br><br>        Defendants. | 21-CV-6033 (LGS)<br><br>ORDER OF SERVICE |

LORNA G. SCHOFIELD, United States District Judge:

  Plaintiff, who is proceeding *pro se*, paid the filing fees to commence this action.

  The Clerk of Court is directed to issue summonses as to Defendants Williams and Williams, Auction Network, Jennifer Bennett, John Heiliger, and Williams and Williams Marketing Services, Inc. Plaintiff is directed to serve a summons and the complaint on each defendant within 90 days of the issuance of the summonses. If within those 90 days, Plaintiff has neither served Defendants nor requested an extension of time to do so, the Court may dismiss the claims against Defendants under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

  The Clerk of Court is directed to mail a copy of this order to Plaintiff, together with an information package.

SO ORDERED.

Dated: July 20, 2021
    New York, New York

                  LORNA G. SCHOFIELD
                UNITED STATES DISTRICT JUDGE