## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

**STEIN & NIEPORENT LLP**
David Stein (DS 2119)
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendants

> Motion denied without prejudice for failure to comply with Rules 2(C) and 4(C) of the Court's Individual Practices.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> October 5, 2021

John DeRaffele,

    Plaintiff,

- vs. –

Williams and Williams, Auction Network, Jennifer Bennett and John Heillger, Williams and Williams Marketing Services, Inc.,

    Defendants.

DOCKET NO. 21-cv-6033
(PMH)(PED)

**NOTICE OF MOTION TO DISMISS**

PLEASE TAKE NOTICE that based upon the enclosed memorandum of law, as well as such further pleadings and documents as may be filed and oral arguments as the Court may permit or require, defendants will move this Court pursuant to Fed. R. Civ. P. 12(b)(6) to bring the attached Motion to Dismiss, on for hearing at such time and date as the Court may determine.

Dated: October 1, 2021

Respectfully submitted,

_____
David Stein (DS 2119)
STEIN & NIEPORENT LLP
1441 Broadway, Suite 6090
New York, New York 10018
(212) 308-3444

Attorneys for Defendants