UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
JOHN DERAFFELE,

                Plaintiff,

v.

WILLIAMS AND WILLIAMS, et al.,

                Defendants.
--------------------------------------------------------X

**ORDER**

No. 21-CV-06033 (PMH)

PHILIP M. HALPERN, United States District Judge:

      The Court has been informed that the Parties are unable to consummate the settlement they had reached in principle. Accordingly, the parties' requests to reopen this matter are granted.

      Defendants' request for a briefing schedule for their motion to dismiss the Amended Complaint is granted: motion to dismiss shall be served and filed by 5/2/2022; plaintiff's opposition shall be served and filed by 5/23/2022; and defendants' reply shall be served and filed by 6/2/2022.

      The Clerk of Court is respectfully requested to reopen this case, and to terminate the pending letter-motions (Doc. 42; Doc. 43).

SO ORDERED.

Dated: White Plains, New York
      April 1, 2022

                          _____
                          Philip M. Halpern
                          United States District Judge