United States District Court
Southern District of New York

John DeRaffele
       Plaintiff,
v.
Williams William et al
       Defendant

Index 7-21-cv 06033 PMH

RECEIVED SDNY PRO SE OFFICE 2022 MAY 10 AM 10:20

Notice of Motion

Please take Notice that upon the annexed Affidavit of John DeRaffele dated May 6, 2022, The Plaintiff will move this Court at a time thereof to be held at the US District Court located @ 500 Pearl St NY, NY 10017 @ 9:30 AM on May 20, 2022 or as soon as thereafter as can be heard for an order to deny the defendant's motion to Dismiss for not presenting it to the Plaintiff or so ordered by the Court on May 2, 2022 and willfully deny the so-ordered ruling of the Court.

Respectfully yours
John DeRaffele, Plaintiff
305 North Ave
New Rochelle, NY 10801
914-420-3962

Mr. David Stein
1441 Broadway - Suite 6090
NY, NY 10018
212-808-5447