United State District Court

Southern District of New York

John De Raffele
Plaintiff,

William & Williams et AL
Defendant

RECEIVED
SDNY PRO SE OFFICE
2022 MAY 10 AM 10: 20

7-21-CV-06033-PMH

Attachment in
Support

John De Raffele being duly sworn deposes says:

(1) I am the Plaintiff in the above Action.

(2) on or about March 1, 2022, I filed a Motion
To Reopen the above case sense a stipulation
was not signed by the parties To resolve the
issues.

(3) on or about april 2, 2022 The Court so ordered
That The defendant file his motion To dismiss
by may 2, 2022 and Plaintiff reply by May 20, 22

(4) on or about april 29, 2022 Plaintiff e-mailed
defendant's attorney requesting That a Copy of The
Motion be e-mailed to Plaintiff on may 2, 2022
and Plaintiff attorney replied he would e-mail
The motion.

(5) Today, May 6, 22 I have not received nor has
The defendant filed his motion To dismiss.
That was Court ordered by May 2, 2022 which
has since past.

P.

(6) I believe the defendant violated the Court order and in so doing, I am asking the Court to deny or dismiss any Motion to Dismiss by the defendant since he willfully violated the so order date of May 2, 2022 without asking for additional time from the Court or from the Plaintiff.

Wherefore, I am asking the Court to deny any future Motion to dismiss by the defendant or dismiss any future Motion to Dismiss and allow this case to move forward to discovery and a Trial.

Sworn to this 6th day of May 2022

Joseph DeRaffele
Notary Public

John DeRaffele
Plaintiff

JOSEPH DERAFFELE
Notary Public, State of New York
No. 01DE4988573
Qualified in Westchester County
Commission Expires November 12, 20___25

305 North Ave
New Rochelle, NY 10801
914-420 3962

To David Stein
1440 Broadway
Suite 6090
NY, NY 10018
212-308 3444

Sworn to and Subscribed before me on the 6th day of May 2022

Joseph DeRaffele   Notary Public

JOSEPH DERAFFELE
Notary Public, State of New York
No. 01DE4988573
Qualified in Westchester County
Commission Expires November 12, 20___25

P2